AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Jose Amando Garza-Mendez

IAE   YOB: 1984
Mexico

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-20-0380-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 10, 2020** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Sullivan City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jose Amando Garza-Mendez was encountered by Border Patrol Agents near Sullivan City, Texas on February 10, 2020. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on February 10, 2020, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on March 8, 2019 through Laredo, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 4, 2018, the defendant was convicted of 8 USC 1326, Illegal Re-Entry and sentenced to ten (10) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA _[signature]_ 2/11/20

Signature of Complainant

Maria Guerrero
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

February 11, 2020
Date

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer